UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

HARBOR LIGHT METALS, LLC,           Bankruptcy Case No. 09-08022

    Debtor,                                       Adversary Proceeding No. 11-80525
_____/


THOMAS C. RICHARDSON, Trustee,

    Plaintiff,                                    Case No. 1:12-cv-686

v.                                                          Hon. Janet T. Neff

BAYLEE REID,

    Defendant.
_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation (Dkt 1) filed June 28, 2012 by the United States Bankruptcy Judge in this action regarding the motion for entry of a default judgment against Defendant.  No objections have been filed.  Therefore,

**IT IS ORDERED** that the Report and Recommendation of the Bankruptcy Judge (Dkt 1) is APPROVED and ADOPTED as the opinion of the Court.

**IT IS FURTHER ORDERED** that a money judgment shall enter in favor of Plaintiff Thomas C. Richardson, Trustee, against Defendant Baylee Reid in the amount of $38,005.00, together with interest at the statutory rate and costs of $250.00, for a total judgment against Defendant in the amount of $38,255.00, pursuant to 11 U.S.C. § 550. *Cf.* 28 U.S.C. § 157(c)(1) for the reasons stated in the Report and Recommendation.


Dated: July 17, 2012                            /s/Janet T. Neff
                                                     JANET T. NEFF
                                                     UNITED STATES DISTRICT JUDGE